# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00313-CV

**United States Gypsum Co., Appellant**

**v.**

**William Osteen, Albert Gore and Hamer Long, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. 96-05587, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

**PER CURIAM**

Appellant United States Gypsum Co. has filed an unopposed motion to dismiss its appeal. We grant the motion and dismiss the appeal.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: August 30, 2001

Do Not Publish